IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RAMON DOMINQUEZ, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )  CIVIL NO. 07-831-JPG |
| | ) |
| DAN AUSTIN and LISA MADIGAN, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

In this habeas corpus action, filed pursuant to 28 U.S.C. § 2254, Petitioner brings a collateral attack on his 2001 conviction for first-degree murder, for which he is serving a 28-year sentence.

Petitioner was convicted in Lake County, which is situated in the federal judicial district for the Northern District of Illinois. 28 U.S.C. § 93(a). He is confined in this District in the Pinckneyville Correctional Center. 28 U.S.C. § 93(c). Both this Court and the Northern District court have jurisdiction over this action. 28 U.S.C. § 2241(d). The Court finds that the Northern District is a more convenient forum for the hearing and determination of this habeas corpus action, particularly because the records of Petitioner's conviction may be found there, as may most of the participants in his trial. Pursuant to 28 U.S.C. §§ 2241(d) and 1404(a), and on the Court's own motion,

**IT IS THEREFORE ORDERED** that this action is **TRANSFERRED** to the United States District Court for the Northern District of Illinois, Eastern Division, for a determination as to whether Respondent should be held to answer the petition, 28 U.S.C. § 2243; 28 U.S.C. § 2254 Rule 4, and such further proceedings as that Court may deem appropriate. Neither the writ of habeas corpus nor any rule to show cause shall issue in this action unless so directed by the transferee court.

**IT IS SO ORDERED.**

Dated: December 13, 2007.

s/ J. Phil Gilbert
U. S. District Judge