CJRA_T, CLOSED, HABEAS

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:07–cv–00831–JPG

| | |
|---|---|
| Dominguez v. Austin et al | Date Filed: 11/28/2007 |
| Assigned to: Judge J. Phil Gilbert | Date Terminated: 12/13/2007 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Ramon Dominguez**      represented by    **Jed H. Stone**
Stone & Associates
Generally Admitted
415 West Washington Street
Suite 107
Waukegan, IL 60085
847–336–7888
Fax: 847–336–0733
Email: jstone@jedstone.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Dan Austin**
*Warden*

**Respondent**

**Lisa Madigan**
*Attorney General of the State of Illinois*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/28/2007 | 1 | Case Opened. Filing fee paid $ 5.00, Receipt Number 44625000150. Documents may now be electronically filed. Case number 07–831–JPG must be placed on all documents prior to filing them electronically. (Attachments: # 1 Consent to Magistrate Judge)(bkl) (Entered: 11/28/2007) |
| 11/28/2007 | 2 | PETITION for Writ of Habeas Corpus filed by Ramon Dominguez.(Stone, Jed) Modified on 11/29/2007 (vlm, ). (Entered: 11/28/2007) |
| 12/13/2007 | 3 | ORDER TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to ND Illinois, Eastern Division. Signed by Judge J. Phil Gilbert on 12/13/07. (eed) (Entered: 12/13/2007) |