

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    CLERK                                                                                                            312-435-5691

December 20, 2007

Jed H. Stone
Stone & Associates
415 West Washington Street
Suite 107
Waukegan, IL 60085

RE:                Dominguez v. Austin et al
USDC Case No.:     07cv7065 - Judge Virginia M. Kendall

Dear Counselor:

We hereby acknowledge receipt of the record, which was transferred to our court from the USDC Southern District of Illinois, East St. Louis. The case number assigned to the above case is 07 cv 7065. The assigned judge is Honorable Virginia M. Kendall. The documents that were filed at the time of the transfer listed you as counsel.

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of the form is enclosed.

For further information, you may visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

                                                        Sincerely yours,
                                                        Michael W. Dobbins, Clerk


                                                        By:    Haydee Pawlowski
                                                                 Deputy Clerk

Enclosed