| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X                                  ☐ Agent<br>                                      ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Chief of Criminal Appeals<br>Attorney General's Office<br>100 West Randolph - 12 Floor<br>Chicago, IL 60601 | D. Is delivery address different from Item 1?  ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>RECEIVED<br>DEC 23 2007<br>Office Of The Attorney General<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number: 7004 2510 0001 9708 7694    07cv7065 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

FILED

JAN 0 2 2008
JAN 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT