**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:    07 C 7065

United States of America ex rel. Ramón Domínguez, Petitioner

v.

Dan Austin, Warden, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dan Austin, Warden, Respondent.

| |
|---|
| NAME (Type or print)<br>    Sheri Wong |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/ Sheri Wong |
| FIRM<br>    Office of the Illinois Attorney General - Criminal Appeals Division |
| STREET ADDRESS<br>    100 W. Randolph, 12th Floor |
| CITY/STATE/ZIP<br>    Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291090 | 312-814-3692 |

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO G |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES G | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES G | NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO G |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL G          APPOINTED COUNSEL G