UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| ex rel. RAMÓN DOMÍNGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07 C 7065 |
| DAN AUSTIN, Warden, | ) | |
| Pinckneyville Correctional Center, | ) | |
| | ) | The Honorable |
| Respondent. | ) | Virginia M. Kendall, |
| | ) | Judge Presiding. |

## NOTICE OF MOTION

To:    Jed Stone
       Stone & Associates
       415 West Washington Street, Suite 107
       Waukegan, Illinois 60085

On Thursday, February 7, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall, or any judge sitting in her stead, in Courtroom 2319, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois, and then and there present respondent's **Motion to Dismiss Petitioner's Petition for Writ of Habeas Corpus.**

January 24, 2008                          Respectfully submitted,

                                          LISA MADIGAN
                                          Attorney General of Illinois

                      BY:    /s/ Sheri Wong
                             SHERI WONG, Bar No. 6291090
                             Assistant Attorney General
                             100 W. Randolph Street, 12th Floor
                             Chicago, IL 60601-3218
                             PHONE: (312) 814-3692
                             FAX: (312) 814-2253
                             EMAIL: swong@atg.state.il.us