UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ramon Dominguez
                Plaintiff,

v.                                  Case No.: 1:07−cv−07065
                                        Honorable Virginia M. Kendall

Dan Austin
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 25, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Respondent's Motion to Dismiss [10] is taken under advisement. Response due 2/25/2008; reply due 3/10/2008. The 2/7/08 hearing date noticed for said motion is stricken and no appearance is required. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.