IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMON DOMINGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | No.  07 C 7065 |
| | ) | |
| vs. | ) | The Honorable |
| | ) | Virginia M. Kendall, |
| DAN AUSTIN, Warden, | ) | Judge Presiding. |
| and LISA MADIGAN, The Attorney General of | ) | |
| the State of Illinois, | ) | Case Number of State |
| | ) | Court Conviction: 99 CF 1830 |
| Respondents. | ) | |

**UNCONTESTED MOTION FOR LEAVE TO FILE
PETITIONER'S RESPONSE *INSTANTER***

NOW COMES, the Petitioner, RAMON DOMINGUEZ, by and through his attorneys, Stone & Associates, L.L.C., and moves this Honorable Court to allow the Petitioner to file his response instanter.  In Support, Petitioner states the following,

1. This Honorable Court entered is order setting forth a briefing schedule on January 25, 2008.  According to the Court's order, Petitioner's response was due on February 25, 2008.

2. Stone & Associates, L.L.C., have had several other matters that have arisen which demanded their attention making it difficult to complete Petitioner's response before the due date.

3. For example, Stone & Associates, L.L.C., was engaged in the preparation and jury trial in the Circuit Court of Cook County, in the matter of *People of the State of Illinois v. Mario Villa* in which the defendant was charged with six aggravated sexual assaults.

4. In addition, Stone & Associates, L.L.C., a two attorney firm, has had a heavy case load causing a delay in the filing of the response.

5. Stone & Associates, L.L.C., respects this Honorable Court and its ability to manage its caseload, however, no prejudice will occur to the State.

6. In a telephone conversation of today's date, the Assistant Attorney General on this matter had no objection to Petitioner's request.

7. Petitioner's response has been simultaneously filed with this motion.

8. In the interest of justice and fairness, the Petitioner's motion for leave to file his response in *instanter* should be allowed.

WHEREFORE, the Petitioner prays that this Honorable Court grant his motion for leave to file his response instanter and allow the State time to file a reply.

Respectfully submitted,

s/Jed Stone
One of the attorneys for the Petitioner,
RAMON DOMINGUEZ


Jed Stone
Stone & Associates, L.L.C.
415 West Washington Street, Suite 107
Waukegan, Illinois 60085
(847) 336-7888