IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RAMON DOMINGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | No.  07 C 7065 |
| | ) | |
| vs. | ) | The Honorable |
| | ) | Virginia M. Kendall, |
| DAN AUSTIN, Warden, | ) | Judge Presiding. |
| and LISA MADIGAN, The Attorney General of | ) | |
| the State of Illinois, | ) | Case Number of State |
| | ) | Court Conviction: 99 CF 1830 |
| Respondents. | ) | |

### NOTICE OF MOTION and FILING

TO:  Ms. Sheri Wong
     Assistant Attorney General
     100 W. Randolph Street, 12th Floor
     Chicago, IL  60601-3218

**PLEASE TAKE NOTICE** that on March 27, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Virginia Kendall, and request a hearing on **Petitioner's Motion for Leave to File his Response Instanter.** A copy of said **Response** is also electronically filed today with the Clerk of the Circuit Court.

                                                     s/ Jed Stone_____
                                                     One of the Attorneys for Defendant

Jed Stone
Stone & Associates, L.L.C.
415 West Washington Street - Suite 107
Waukegan, IL 60085
847/336-7888

### PROOF OF SERVICE

The undersigned certifies that I caused to be served the foregoing Notice and stated document s via **electronic filing and U.S. Mail** on March 10, 2008.

                                                     s/ Jed Stone_____